MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARIA DOLORES GARCIA, | Case No.: 2:18-cv-01028-KJN |
| Plaintiff, | ORDER |
| vs. | |
| NANCY A. BERRHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as the Order of this Court. The Court hereby EXTENDS the schedule in this matter as follows:

1. The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended to January 25, 2019.

2. All other case deadlines are adjusted accordingly.

Stip. And Order to Extend Briefing Schedule; 2:18-cv-01028-KJN

1

IT IS SO ORDERED this 26th day of December 2018.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. And Order to Extend Briefing Schedule; 2:18-cv-01028-KJN

2